UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:19-cr-00485-D

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| DEMETRIUS MAURICE YOUNG | |

This matter having come before the Court by motion of the Office of the Federal Public Defender to grant Demetrius Maurice Young a fourteen (14) hour temporary release on Tuesday, March 23, 2021, from no earlier than 7:00 am and returning no later than 9:00 pm the same day so that he may attend his adoptive father's viewing and memorial service.

For purposes of attending his adoptive father's viewing and memorial service and for good cause shown, it is hereby ORDERED that the fourteen-hour (14) furlough is GRANTED.

The Defendant shall be released at no earlier than 7:00 am to the custody of Arlene Burrows on March 23, 2021, from Western Tidewater Regional Jail for purposes of attending the viewing and memorial services at the United House of Prayer for All People, 102 Hoskins Street, High Point, North Carolina 27260. At all times, the Defendant shall remain in the custody of his mother, Arlene Burrows. The Defendant shall return to Western Tidewater Jail no later than 9:00 pm on March 23, 2021.

IT IS SO ORDERED.

This 19 day of March, 2021.

JAMES C. DEVER III
United States District Judge